IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS,<br><br>                Plaintiff,<br><br>     vs.<br><br>MADERA MUNICIPAL COURT<br>JUDGE THOMAS L. BENDER, et al.,<br><br>                Defendant.<br>_____/ | CASE NO. CV-F-04-5414 OWW LJO<br><br>**ORDER TO DISREGARD DOCUMENT 24 FILED BY PLAINTIFF**<br>(Doc. 24.) |

On June 8, 2004, judgment was entered, and this action was dismissed without prejudice on grounds that: (1) this Court lacks jurisdiction over plaintiff Lana K. Williams' ("plaintiff's") claims; (2) plaintiff's complaint fails to satisfy pleading requirements; and (3) an attempt at amendment is unwarranted based on jurisdictional defects, the complaint's deficiencies, and available immunities. Plaintiff filed no timely papers to appeal the judgment. On February 15, 2007, plaintiff filed document no. 24 entitled "Stay of Statue" by which plaintiff appears to address matters arising more than a year after judgment was entered in this action. As such, this Court DISREGARDS plaintiff's document no. 24 and will take no action on it.

IT IS SO ORDERED.

**Dated:   February 20, 2007**         /s/ Lawrence J. O'Neill
66h44d                                                  UNITED STATES DISTRICT JUDGE